UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TAYJUAN TEVION-WAYNE FLETCHER,<br><br>               Plaintiff,<br><br>   v.<br><br>ECHOLS et al.,<br><br>               Defendant. | CASE NO. C25-0038 BHS<br><br>ORDER |

THIS MATTER is before the Court on Magistrate Judge S. Kate Vaughan's Report and Recommendation (R&R), Dkt. 8, recommending the Court dismiss without prejudice pro se pretrial detainee Tayjuan Fletcher's 42 U.S.C. § 1983 complaint. She concludes Fletcher has failed to state a plausible claim against any defendant, and has not exhausted his administrative remedies under the Prison Litigation Reform Act, 42 U.S.C. § 1997e(a). She also concludes that this case is duplicative of *Fletcher v. Adsuei*, 2:24-cv-00925-TL-BAT (W.D. Wash. filed June 14, 2024), which has been stayed pending the result of his related criminal trial. Judge Vaughan permitted Fletcher an opportunity to file an amended complaint addressing these deficiencies, Dkt. 7, and he did not do so.

ORDER - 1

1     A district judge must determine de novo any part of a magistrate judge's proposed

2 disposition *to which a party has properly objected*. It must modify or set aside any

3 portion of the order that is clearly erroneous or contrary to law. Fed. R. Civ. P. 72(a). The

4 district judge may accept, reject, or modify the recommended disposition; receive further

5 evidence; or return the matter to the magistrate judge with instructions. Fed. R. Civ. P.

6 72(b)(3). A proper objection requires "specific written objections to the proposed

7 findings and recommendations" in the R&R. Fed. R. Civ. P. 72(b)(2).

8     Fletcher's objections to the R&R were due by April 18. He has not objected. The

9 R&R is not clearly erroneous or contrary to law, and it is **ADOPTED**. The case is

10 **DISMISSED** without prejudice and without leave to amend.

11     Fletcher has established that he is indigent but he has not stated a plausible claim.

12 His *in forma pauperis status* is **REVOKED** in the event of an appeal.

13     The Clerk shall enter a **JUDGMENT** and close the case.

14     **IT IS SO ORDERED**.

15     Dated this 24th day of April, 2025.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2